IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 2:23-mj-476 |
| | : | |
| v. | : | |
| | : | |
| ALEJANDRO SAUL VENTURA-SANTOS | : | MOTION TO SEAL CRIMINAL |
| AKA "ALEX" | : | COMPLAINT, AFFIDAVIT AND |
| | : | WARRANT |

- - - - - - - - - - - - - -

Now comes the United States of America, by and through S. Courter Shimeall, Assistant United States Attorney for the Southern District of Ohio, and respectfully moves this Court for an Order that the Criminal Complaint, Affidavit in Support of the Criminal Complaint, and the Arrest Warrant in the above captioned case be sealed because the United States is apprehensive that the defendant may flee the jurisdiction or that possibly other evidence may be destroyed if the defendant becomes aware of the existence of said Warrant.

WHEREFORE, the government respectfully requests that the Criminal Complaint, Affidavit in Support of the Criminal Complaint and the Arrest Warrant in this cause be sealed and kept from public inspection until such time as ordered by this Court.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

/s/ S. Courter Shimeall
S. COURTER SHIMEALL (00090514)
Assistant United States Attorney
303 Marconi Blvd. Suite 200
Columbus, Ohio 43215
(614) 469-5714
courter.shimeall@usdoj.gov